

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2015

No. 04-15-00425-CV

**IN THE INTEREST OF D.M., A.M., A.M., J.M., AND J.M.M.**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02128
Honorable Laura Salinas, Judge Presiding

# O R D E R

 Appellant Crystal Masterson's motion for extension of time to file brief is granted. We order Crystal Masterson to file her brief with this court by September 15, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2015.



_Keith E. Hottle_
Keith E. Hottle
Clerk of Court